

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00633-CR
No. 04-13-00634-CR

**EX PARTE** Martin Guadalupe **CAMPOS LEAL**

From the County Court at Law No. 1, Bexar County, Texas
Trial Court Nos. W-2513 & W-2514
The Honorable John D. Fleming, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's May 1, 2013, Orders on Application for Writ of Habeas Corpus in trial court cause numbers W-2513 and W-2514:

(1) finding that appellant's May 12, 2012, no contest plea was made knowingly and voluntarily is AFFIRMED; and

(2) finding that appellant's January 9, 2013, no contest plea was made knowingly and voluntarily is REVERSED.

We REMAND for further proceedings on the January 9, 2013, plea of no contest.

SIGNED February 12, 2014.

Sandee Bryan Marion, Justice